United States District Court
Southern District of Texas
**ENTERED**
November 18, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| **v.** | | **CRIMINAL NO. 3:26-mj-40** |
| **JASON LEON WATFORD,** | § | |
| **Defendant.** | § | |

# ORDER

Before the Court is the Defendant's Unopposed Motion to Preserve the Decedent's Remains and Evidence for Fourteen (14) Days to Allow an Independent Defense Autopsy. The Government ~~does not~~ oppose*s* *part of* the motion. *See Dkt. 17* Having considered the motion, the Court GRANTS it as follows:

I. Hold. For fourteen (14) days from entry of this Order, through *December 2*, 2026, the Government, including the United States Attorney's Office, the Federal Bureau of Investigation and its agents and task force officers, and any person acting with them, shall not release, authorize the release of, embalm, cremate, or otherwise alter the remains of the decedent identified in the complaint, and shall notify the Galveston County Medical Examiner's Office of this Order ~~within one (1) business day~~ *immediately*. The Government shall serve a copy of this Order on the Medical Examiner's Office, which is requested to honor it.

II. Preservation. During the same period, the Government shall preserve, and shall ask the Medical Examiner's Office to preserve, all tissue, fluid, and toxicology specimens, slides, photographs, radiographs, notes, diagrams, reports, and other records of any examination of the remains.

III. Defense examination. During the period in Part I, one forensic pathologist retained by the defense may examine the remains at the Medical Examiner's facility for a period not exceeding four hours, at the defense's expense, at a time arranged

with the Medical Examiner's Office. The remains shall not be removed from the facility. Photographs and radiographs taken shall be used only for this case. The defense shall not contact the decedent's family.

IV. Release. When the defense examination is complete, or at the end of the fourteen (14) day period, whichever occurs first, the hold in Part I dissolves and the remains may be released in the ordinary course. This Order is without prejudice to the right of either party to move to extend or modify it before it expires.

SIGNED at Galveston, Texas, on Nov 18, 2026.

UNITED STATES MAGISTRATE JUDGE

The parties are ordered to inform Judge Edison's Case Manager as to the date and time of the forensic pathologist's examination. Judge Edison will be available to address any issues that arise during the examination. No additional testing shall take place without prior court approval.